UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUNO CHOINIERE, #08346-027,

       Plaintiff,

                                        CASE NO. 2:09-CV-10166
v.                                        HONORABLE VICTORIA A. ROBERTS

MANAGED HEALTH SERVICES, et al.,

       Defendants.
_____/

**ORDER DENYING MOTION FOR RECONSIDERATION**

      Before the Court is Plaintiff's motion for reconsideration concerning the Court's summary dismissal of his civil rights complaint brought pursuant to 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971). The Court dismissed the complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A for failure to state a claim upon which relief may be granted. Plaintiff seeks reversal of the Court's decision and to proceed on his claims.

      However, a motion for reconsideration which presents issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Plaintiff has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(g)(3).

      Accordingly,

1

**IT IS ORDERED** that Plaintiff's motion is **DENIED**.  This case is closed.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  February 11, 2009

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Bruno Choiniere by electronic means or U.S. Mail on February 11, 2009.

s/Carol A. Pinegar
Deputy Clerk

---